# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LUCKY'S MARKET PARENT COMPANY, et al., | : : | Bankruptcy Case No. 20-10166 (JTD) BAP 21-00017 |
| | : | |
| Debtors. | : | |
| _____ | : : | |
| ATA FORUM LOUISVILLE KY, LLC, | : : | |
| Appellant, | : | |
| v. | : : | C.A. No. 21-488-LPS |
| LUCKY'S MARKET PARENT, COMPANY, et al., | : : : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **6th** day of **May, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties met and conferred in good faith on the prospects of mediation in this appeal. As a result of their discussion, due to the nature of the relief granted by the Bankruptcy Court and the issues on appeal, the parties concluded that mediation would not be fruitful. They, therefore, requested that this matter be removed from mandatory mediation and jointly propose the following briefing schedule:

| | |
|---|---|
| Appellants' Opening Brief | **Monday, June 28, 2021** |
| Appellees' Response Brief | **Wednesday, July 28, 2021** |
| Appellants' Reply Brief | **Friday, August 27, 2021** |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated since it is consistent with the parties position.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge